# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 18-cr-10094-STA |
| ) | |
| CHADERICK MCCLAIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND NOTICE OF RESETTING

The Government has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the sentencing hearing is reset to **Friday, June 21, 2019, at 11:00a.m.**

IT IS SO ORDERED this 29th day of May, 2019.

s/S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE