# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 18-cr-10094-STA |
| CHADERICK MCCLAIN, | ) |
| Defendant. | ) |

## ORDER AND NOTICE OF RESETTING

The Government has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the sentencing hearing is reset to **FRIDAY, AUGUST 2, 2019, at 11:00A.M.**

IT IS SO ORDERED this 19th day of June, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE